Dissent by Judge O’SCANNLAIN
ORDER
Judges Pregerson and Owens have voted to deny the petition for panel rehearing. Judge Owens has voted to deny the petition for rehearing en banc,, and Judge Pre-gerson has so recommended. Judge N.R. Smith has voted to grant the petition for panel rehearing and petition for rehearing en banc.
The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the , matter en banc. The matter failed to receive a majority of votes of the nonrecused active judges *356 in favor of en banc consideration. Fed. R. App. P. 35.
The petition for panel rehearing and the petition for rehearing en banc are - DENIED.
The order filed on April 1, 2016 denying rehearing in Cesarz v. Wynn Las Vegas is hereby amended to reflect this subsequent en banc activity, including the dissent from denial of rehearing.